IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD R. CAVANESS, | ) | No. C 07-4922 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN MATEO, | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/1/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\Cavaness922jud        1

1  This is to certify that on ___10/2/2007_____, a copy of this ruling was
   mailed to the following:
2

3  Donald R. Cavaness
   81835
4  San Mateo County Jail
   300 Bradford Street
5  Redwood City, CA  94063

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.rmw\hc.07\Cavaness922jud                2